# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-00617-PAB-NYW

CSG SYSTEMS, INC.,

    Plaintiff,

v.

PEAKVIEW SOLUTIONS LLC,

    Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Nina Y. Wang

    This matter comes before the court on Plaintiff CSG Systems Inc.'s ("Plaintiff" or "CSG") Unopposed Motion to Restrict Access to Plaintiff's Reply in Support of its Consolidated Motion for Preliminary Injunction and Exhibit Thereto ("Motion") [#78, filed July 20, 2018]. The Motion was referred to this Magistrate Judge pursuant to the Order referring Case dated March 16, 2018 [#12] and memorandum dated July 23, 2018 [#79].

    The principles governing motions to restrict have been set forth by this court in its prior orders. *See* [#37; #65]; *see also* D.C.COLO.LCivR 7.2(c)(1)–(4). Plaintiff seeks Level 1 Restriction over its Reply, and the exhibit attached thereto, to its Consolidated Motion for Preliminary Injunction. *See* [#66; #66-1].[1] As in its previous Motions to Restrict, Plaintiff avers that these documents contain detailed discussions of CSG's confidential, proprietary information and trade secrets regarding its software modules known as Workforce Express® ("WFX")— information this court previously restricted. *See* [#78]. CSG also provides a redacted version of its Reply, and requests leave to file the redacted version should Level 1 Restricted by unwarranted over the entirety of the document.

    As previously noted, restriction of confidential, proprietary information and a company's trade secrets may, in some instances, outweigh the presumption of public access. *See Rickaby v. Hartford Life & Accident Ins. Co.*, No. 15-CV-00813-WYD-NYW, 2016 WL 1597589, at *5 (D. Colo. Apr. 21, 2016). Upon review of the Reply and attached exhibit, this court concludes that Level 1 Restriction over both is warranted, and will accept for public viewing the redacted version of the Reply [#78-2].

    Therefore, **IT IS ORDERED** that:

---

[1] On July 19, 2018, the presiding judge, the Honorable Philip A. Brimmer, denied Plaintiff's Consolidated Motion for Preliminary Injunction. *See* [#75].

      (1)       Plaintiff's Motion [#78] is **GRANTED**; and

      (2)       The Clerk of the Court is **DIRECTED to MAINTAIN** a Level 1 Restriction for [#66; #66-1]; and

      (3)       The Clerk of the Court shall file [#78-2] as a separate entry on the docket.

DATED:  July 26, 2018